IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02592-BNB

WILLIAM J. LAURIENTI, and
PATRICIA A. LAURIENTI,

Plaintiffs,

v.

COLORADO CHILD SUPPORT ENFORCEMENT DIVISION,
MESA COUNTY CHILD SUPPORT ENFORCEMENT UNIT,
REGGIE BICH, Executive Director, Colorado Department of Human Services,
KATHY NESBITT, Executive Director, Colorado Department of Personnel and Administration,
PAULETTE ST. JAMES, Director, Child Support Enforcement Division, Colorado Department of Human Services, and
SANDRA ANDERSON, Paralegal, Mesa County Child Support Enforcement Unit,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **State Defendants' Unopposed Motion for Order Setting Status Conference** [docket no. 15, filed September 23, 2014] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and a Status Conference is set for **November 13, 2014, at 1:30 p.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

    IT IS FURTHER ORDERED that plaintiff's counsel must appear **IN PERSON** for this hearing.

DATED:  October 27, 2014