IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02592-NYW

WILLIAM J. LAURIENTI,

    Plaintiff,

v.

REGGIE BICHA,
KATHY NESBITT,
PAULETTE ST. JAMES, and
SANDRA ANDERSON, each in their individual capacities,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Memorandum Opinion and Order entered by the Honorable Nina Y. Wang, on February 9, 2016 , incorporated herein by reference, it is

ORDERED that the Motion to Dismiss Second Amended Complaint [#56] is GRANTED.  The Motion for Dismissal of the Second Amended Complaint Pursuant to F. R.Civ.P. 12(b)(1) and F.R.Civ.P. 12(b)(6) [#57] is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Reggie Bicha, Kathy Nesbitt, Paulette St. James, and Sandra Anderson, and against Plaintiff, William J. Laurienti.  It is

FURTHER ORDERED that the Second Amended Complaint is DISMISSED, with each party to pay her and his own costs.

DATED at Denver, Colorado this  9th  day of February, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk